AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas ▼

United States Courts
Southern District of Texas
FILED
*July 02, 2025*
Nathan Ochsner, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| Andys Luis Alvarez Herrera | ) Case No. 4:25-mj-0400 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Andys Luis Alvarez Herrera__ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 21 United States Code, Section 846

Date: __06/29/2025__

*Issuing officer's signature*

City and state: __Houston, Texas__

Peter Bray, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __06/29/25__, and the person was arrested on *(date)* __06/29/25__
at *(city and state)* __Houston, TX__.

Date: __06/30/25__

*Arresting officer's signature*

V. Heinrich, DUSM
*Printed name and title*